JENNIE L. CANFIELD, Appellant, *v.* ELMER E. HARRIS &
Co., Respondent.

*Landlord and tenant — action for rent — whether tenant holds over by
leaving property on premises after expiration of lease.*

Canfield v. Harris & Co., 222 App. Div. 326, affirmed.
(Argued April 5, 1928; decided May 1, 1928.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 30, 1927, reversing a judgment in favor of
plaintiff entered upon a verdict directed by the court
and granting a new trial. The action was for rent and
was brought on the theory that defendant became liable
by holding over after expiration of its lease. The Appel-
late Division held that whether defendant became liable
to pay rent for another year by leaving property on the
premises presented a question of fact which should have
been submitted to the jury.

*H. B. Butterfield* for appellant.

*Henry Adsit Bull* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts;
no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE NEW YORK CENTRAL RAILROAD COMPANY, Respond-
ent, *v.* THE WESTERN UNION TELEGRAPH COMPANY,
Appellant.

*Contract — contribution — railroads — telegraph company — action on
written agreement to compel contribution to wages of workmen employed
in maintenance of telegraph lines along railroad right of way.*

N. Y. C. R. R. Co. v. W. U. Tel. Co., 222 App. Div. 739, affirmed.
(Argued April 6, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial